# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL CASE NO. 3:24-cv-00617-MR

MY'KA EL,[1]                          )
                              )
        **Plaintiff,**             )
                              )
**vs.**                               )     <u>ORDER</u>
                              )
**CARLA N. ARCHIE, et al.,**          )
                              )
        **Defendants.**            )
_____  )

      **THIS MATTER** is before the Court on initial review of the Plaintiff's pro se Complaint [Doc. 1]. The Plaintiff has been granted leave to proceed in forma pauperis. [Doc. 8].

      The incarcerated Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against Governor Roy Cooper and two North Carolina Superior Court Judges, seeking $50 million in damages and his immediate release from custody. [Doc. 1].

      A review of the Plaintiff's litigation history reveals that he is now subject to a pre-filing review system in this Court due to his filing of numerous

---

[1] According to the North Carolina Department of Adult Corrections' website, the Plaintiff's name is Michael E. Young. <u>See</u> https://webapps.doc.state.nc.us/opi/viewoffender.do?method=view&offenderID=0457598&searchOffenderId=0457598&searchDOBRange=0&listurl=pagelistoffendersearchresults&listpage=1 (last accessed Jan. 7, 2025); Fed. R. Evid. 201.

frivolous actions.  See El v. Harris, 3:22-cv-61-RJC-DCK (W.D.N.C. April 19, 2022); see also El v. Charlotte Mecklenburg Police Dep't, 3:16-cv-51-RJC-DCK (W.D.N.C. Feb. 28, 2017) (granting judgment on the pleadings); El v. Tellis, 3:18-cv-678-FDW-DSC (W.D.N.C. May 10, 2019) (failed initial review, no amendment); El v. Preston, 3:19-cv-90-KDB-DSC (W.D.N.C. Aug. 8, 2024) (dismissed on abstention principles); El v. Fahrenholz, 3:19-cv-589-GCM (W.D.N.C. June 17, 2020) (failed initial review, no amendment). The pre-filing review system provides that "all documents submitted by the Plaintiff in the future, whether in this case or in any other action filed in this District, will be pre-screened by the Court for content.  Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation."  [No. 3:22-cv-61, Doc. 5 at 1-2].

The Complaint in the instant action is wholly frivolous and devoid of merit.  Accordingly, the Order granting the Plaintiff leave to proceed in forma pauperis is vacated, the Application to proceed in forma pauperis is denied, and this action is dismissed pursuant to the pre-filing review system.

**IT IS, THEREFORE, ORDERED that:**

1. The Order waiving the initial partial filing fee and directing monthly payments from the Plaintiff's inmate account [Doc. 8] is **VACATED.**

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is **DENIED**.

3. This action is **DISMISSED** pursuant to the pre-filing review system that was entered in Case No. 3:22-cv-61-RJC-DCK.

4. The Clerk of Court's Financial Department is respectfully instructed to reimburse Plaintiff for funds that have been collected for the payment of his filing fee in this case, if any, and the Clerk is respectfully instructed to mail a copy of this Order to the Warden of the Pamlico Correctional Institution so that withdrawals from the Plaintiff's inmate account for this case can be terminated.

5. The Clerk is respectfully instructed to add this case to the Plaintiff's Filer Status Report in CM-ECF and to mail the Plaintiff a copy of the Complaint, the docket sheet, and this Order.

**IT IS SO ORDERED.**

Signed: January 13, 2025

Martin Reidinger
Chief United States District Judge