# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| My'Ka El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00617-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Carla N. Archie<br>Roy Cooper<br>Sally Snyder<br>State of North Carolina,<br>Defendant(s). | )<br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

January 13, 2025

_Katherine Hord Simon_
Katherine Hord Simon, Clerk
United States District Court